# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **SANDRA HOLDERBAUM,** | ) | **Case No.  5:07 CV 1381** |
| | ) | |
| **Plaintiff,** | ) | **Judge Dan Aaron Polster** |
| | ) | |
| **vs.** | ) | **MEMORANDUM OF** |
| | ) | **OPINION AND ORDER** |
| **COMMISSIONER OF** | ) | |
| **SOCIAL SECURITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Before the Court is the Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(b)(1) filed

by Marcia W. Margolius, Esq., counsel for Plaintiff Sandra Holderbaum.  (**ECF No. 23**.)

Therein, Attorney Margolius asks the Court to approve an attorney fee award in the amount of

$2,879.00.  (Id.)  Previously, Attorney Margolius very ably represented Holderbaum in an appeal

from the Commissioner of Social Security's denial of Holderbaum's application for disabled

widow's insurance benefits.  The appeal resulted in a judgment rendered by the undersigned that

was favorable to Holderbaum (specifically, a remand to the Commissioner for reconsideration)

(ECF No. 21), which ultimately led to the granting of the requested benefits by the

Commissioner.

The Court has reviewed the Motion and attachments and concludes, for good cause shown, that an award of $2,879.00 to Attorney Margolius is reasonable under the circumstances. Accordingly, the Court **GRANTS** the Motion for Attorney Fees in the amount of $2,879.00.

**IT IS SO ORDERED.**

*/s/Dan A. Polster    January 4, 2010*
**Dan Aaron Polster**
**United States District Judge**